

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Alfredo Villarreal,                 * From the 35th District Court
of Brown County
Trial Court No. CR23822.

Vs. No. 11-17-00136-CR         * May 31, 2019

The State of Texas,             * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.